**No. 09-10817. Raymond Alexander Ford, Jr., Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1086, 131 S. Ct. 690, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9288.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 853, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 5851.

**No. 09-10893. Sheila Dennis, Petitioner v. City of Aventura, Florida, et al.**

562 U.S. 1086, 131 S. Ct. 690, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9131.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 855, 131 S. Ct. 118, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6318.

**No. 09-10950. Yigal Adir, Petitioner v. City of Los Angeles, California, et al.**

562 U.S. 1086, 131 S. Ct. 690, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9062.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 857, 131 S. Ct. 123, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 5963.

**No. 09-10959. Rodney Dutch, Petitioner v. Karen Balicki, Administrator, South Woods State Prison, et al.**

562 U.S. 1087, 131 S. Ct. 690, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9057.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 857, 131 S. Ct. 124, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6064.

**No. 09-10982. Leon Douglas, Petitioner v. Michigan.**

562 U.S. 1087, 131 S. Ct. 690, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9326.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 858, 131 S. Ct. 128, 178 L. Ed. 2d 77, 2010 U.S. LEXIS 6405.

**No. 09-11016. Nilima Mehra, Petitioner v. Continental Casualty Company, et al.; and Nilima Mehra, Petitioner v. Kia Saeian, et al.**

562 U.S. 1087, 131 S. Ct. 690, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9296.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 859, 131 S. Ct. 131, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 5930.

**No. 09-11021. Grace M. Honesto, Petitioner v. California, et al.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9336.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 80, 2010 U.S. LEXIS 6253.